Fill in this information to identify your case:

Debtor 1: Steve Shickles, Jr. (First Name, Middle Name, Last Name)
Debtor 2 (Spouse if, filing): Ronda Shickles (First Name, Middle Name, Last Name)
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA
Case number (if known): 19-80155

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
451 Press, LLC
c/o Brian J. Richardson, Esq.
200 Randolph Ave.
AL 35081

Contact
Contact phone

What is the nature of the claim? $ $2,500,000.00

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

**2**
Alpha Hosting, LLC
Brian Richardson, Esq
200 Randolph Ave
Huntsville, AL 35803

Contact

What is the nature of the claim? $ $2,500,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____

Contact phone                                Unsecured claim        $ _____

**3**

Deep Blue Holdings, LLC
cBrian Richardson, Esq
200 Randolph Ave
Huntsville, AL 35803

What is the nature of the claim?                              $ $2,500,000.00

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
        Value of security:                    - $ _____
        Unsecured claim                         $ _____

Contact
Contact phone

**4**

Simple Helix, LLC
c/o Brian Richardson, Esq.
200 Randolph Ave
Huntsville, AL 35801

What is the nature of the claim?                              $ $2,500,000.00

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
        Value of security:                    - $ _____
        Unsecured claim                         $ _____

Contact
Contact phone

**Part 2:** Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X   /s/ Steve Shickles, Jr.                       X   /s/ Ronda Shickles
    Steve Shickles, Jr.                               Ronda Shickles
    Signature of Debtor 1                             Signature of Debtor 2

    Date   January 18, 2019                       Date   January 18, 2019