IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: )
)  Case No. 19-80155-CRJ11
STEVE SHICKLES, JR. and RONDA )
SHICKLES, )  Chapter 11
)
Debtors. )

**MOTION FOR EXPEDITED HEARING ON EMERGENCY MOTION TO
CONVERT CASE TO CHAPTER 7, OR IN THE ALTERNATIVE, DISMISS
AND FOR RELIEF FROM THE AUTOMATIC STAY**

Movants Simple Helix, LLC ("Simple Helix"), Deep Blue Holdings, LLC ("Deep Blue"), Alpha Hosting, LLC ("Alpha"), The Westmoreland Company, Inc. ("Westmoreland"), Karl Leo, and Jada Leo (collectively, the "Movants"), creditors and parties-in-interest in the above-styled bankruptcy case, respectfully request this Court to set on expedited hearing on the Movants' Emergency Motion to Convert Case to Chapter 7 or, in the Alternative, Dismiss and for Relief from the Automatic Stay (the "Emergency Motion") filed in the above-styled bankruptcy case. In support of this request, Movants state as follows:.

**JURISDICTION**

1.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.  The statutory predicate for relief is 11 U.S.C. § 105 and Rule 9006(c) of the Federal Rules of Bankruptcy Procedure.

**BACKGROUND**

3.  On January 17, 2019 (the "Petition Date"), Steve Shickles, Jr. and Ronda Shickles (together, the "Debtors") filed a voluntary petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code").

4. According to the Debtors' petition, the Movants are their only unsecured creditors. [*See* Doc. No. 1, pp. 8-10.]

5. The Emergency Motion and this bankruptcy case arise from a massive fraud and embezzlement scheme perpetrated by Mr. Shickles against the Movants. After discovering the actions of Mr. Shickles, the Movants filed an Emergency Petition for Temporary Restraining Order and Preliminary Injunction in the Circuit Court of Madison County, Alabama (the "State Court"), styled *Simple Helix, LLC, et al. v. Steve Shickles*, civil action no. CV-2019-900063 (the "Civil Action"). Based on the Debtors' wrongful actions and as set out in detail in the Emergency Motion, the Movants seek to covert the Debtors' case to a case under chapter 7 and to obtain relief from stay to proceed with the Civil Action.

## RELIEF REQUESTED

6. By this Motion, the Movants seek the entry of an order, substantially in the form of the Proposed Order attached hereto, pursuant to section 105 of the Bankruptcy Code and Bankruptcy Rules 4001(b) and 9006(c), setting the Emergency Motion for expedited hearing.

7. Bankruptcy Rule 9006(c) provides that the Court, for cause shown, may in its discretion, with or without notice, reduce the notice period normally required for motions.

8. Cause exists for an expedited hearing due to the fact that the Debtors filed this bankruptcy case on the eve of an evidentiary hearing in the State Court, the pending criminal charges against Mr. Shickles, and the Debtors' pre-petition fraud and misappropriation of millions of dollars from the Movants, all as set forth in additional detail in the Emergency Motion.

9. Without an expedited hearing to consider the Emergency Motion, there is a substantial risk that the Movants will suffer irreparable harm, including the potential concealment, transfer, misappropriation, and/or other dissipation of estate property.

## NOTICE

10. The Movants will serve this Motion on (i) proposed counsel for the Debtors; and (ii) the Bankruptcy Administrator. Given the Movants are the only listed creditors, the Movants submit that no other or further notice need be provided.

WHEREFORE, Movants respectfully request that the Court schedule an emergency hearing on its first available docket and grant such other and further relief as is just and proper.

Respectfully submitted,

/s/ Kevin C. Gray
Kevin C. Gray
Andrew J. Shaver
**BRADLEY ARANT BOULT CUMMINGS LLP**
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801
Tel: (256) 517-5150
Email: kgray@bradley.com
ashaver@bradley.com

-and-

Brian J. Richardson
**LEO LAW FIRM, LLC**
200 Randolph Ave.
Huntsville, AL 35801
Tel: (256) 539-6000
Email: bricahrdson@leo-law.com

*Attorneys for Movants Simple Helix, LLC, Deep Blue Holdings, LLC, Alpha Hosting, LLC, The Westmoreland Company, Inc., Karl Leo, and Jada Leo*

3

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January 21, 2019, I electronically filed the foregoing with the Clerk of the Court and served the following using the CM/ECF system which will send notification to all parties of record, including the following:

Kevin D. Heard
HEARD, ARY & DAURO, LLC
303 Williams Avenue SW
Park Plaza Suite 921
Huntsville, AL 35801
*Proposed Counsel to the Debtors*

Richard M. Blythe
Post Office Box 3045
400 Well Street NE, Room 236
Decatur, Alabama 35602
*Bankruptcy Administrator*

                 /s/ Kevin C. Gray
                 Of Counsel

4

Case 19-80155-CRJ11    Doc 13    Filed 01/21/19    Entered 01/21/19 12:57:59    Desc Main
Document    Page 4 of 7

# EXHIBIT A

**Proposed Order**

[See attached]

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-80155-CRJ11 |
| STEVE SHICKLES, JR. and RONDA ) | |
| SHICKLES, ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## ORDER GRANTING MOTION FOR EXPEDITED HEARING ON EMERGENCY MOTION TO CONVERT CASE TO CHAPTER 7, OR IN THE ALTERNATIVE, DISMISS AND FOR RELIEF FROM THE AUTOMATIC STAY

This matter came to be heard upon the Motion for Expedited Hearing (the "Motion") of Movants Simple Helix, LLC ("Simple Helix"), Deep Blue Holdings, LLC ("Deep Blue"), Alpha Hosting, LLC ("Alpha"), The Westmoreland Company, Inc. ("Westmoreland"), Karl Leo, and Jada Leo (collectively, the "Movants"), for the Court to set an expedited hearing on the Movants' Emergency Motion to Convert Case to Chapter 7 or, in the Alternative, Dismiss and for Relief from the Automatic Stay (the "Emergency Motion"). Upon consideration of the Motion, and it appearing that proper and adequate notice of the Motion has been given, and that no other or further notice is necessary; and having determined that the relief requested in the Motion is in the best interests of the Debtors, their estate, their creditors, and other parties in interest; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT:**

The Motion for Expedited Hearing is **GRANTED**. It is further **ORDERED, ADJUDGED, AND DECREED THAT:**

Due to the exigent nature of the relief requested in the Emergency Motion, the Court shall conduct a hearing at the United States Bankruptcy Court for the Northern District of Alabama,

1

Case 19-80155-CRJ11    Doc 13    Filed 01/21/19    Entered 01/21/19 12:57:59    Desc Main
Document      Page 6 of 7

Northern Division, _____, on _____ at _____ a.m./p.m. central standard time.

It is **FURTHER ORDERED** that counsel for the Movants shall serve a copy of this Order on those parties that received the Motion for Expedited Hearing and the Emergency Motion, as well as any additional creditors and parties in interest identified on the creditor matrix. Such service shall be made by expeditious means (including by facsimile or by electronic mail, if known).

Dated this the _____ day of _____, 20_____.

_____
UNITED STATES BANKRUPTCY JUDGE