UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: } | |
| STEVE SHICKLES, JR. } | CASE NO. 19-80155-CRJ-11 |
| SSN: XXX-XX-4301 } | |
| RONDA SHICKLES } | CHAPTER 11 |
| SSN: XXX-XX-0467 } | |
| Debtor } | |

## ORDER SCHEDULING TELEPHONIC HEARING ON EMERGENCY MOTION TO CONVERT CASE TO CHAPTER 7, OR IN THE ALTERNATIVE, DISMISS AND FOR RELIEF FROM THE AUTOMATIC STAY

On January 25, 2019, the Court entered an Order: (1) Continuing Status Conference and Emergency Motion to Convert Case to Chapter 7, or in the Alternative, Dismiss and for Relief from the Automatic Stay; and (2) Requiring Debtors to File a Certified Report to Court, ECF No. 34, continuing the pending matters for hearing on Wednesday, January 30, 2019. Due to the threat of inclement weather, the Court has determined that the hearing should be held telephonically. If the Court determines during the Telephonic Hearing that evidence is required, the Court will continue the hearing on an expedited basis.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that a Telephonic Hearing on the Emergency Motion to Convert Case to Chapter 7, or in the Alternative, Dismiss and for Relief from the Automatic Stay and Status Conference will be held on **Wednesday, January 30, 2019** at **10:00 a.m., CDT** before the Honorable Clifton R. Jessup, Jr. The parties shall appear telephonically by dialing into **1-877-336-1280**, access code **#2749965**, and security code **#1234** at least five minutes prior to the hearing.

Dated this the 28th day of January, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge