IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| STEVE SHICKLES, JR. ) | CASE NO. 19-80155-CRJ-11 |
| SSN: XXX-XX-4301 ) | |
| ) | CHAPTER 11 |
| RONDA SHICKLES ) | |
| SSN: XXX-XX-0467 ) | |
| ) | |
| Debtors. ) | |
| ) | |

### ORDER APPROVING DEBTORS USE OF DIP FUNDS

On January 30, 2019, this case came before the Court on Telephonic Status Conference and related matters. During the hearing, counsel for the Debtors made an oral Motion to Use DIP Funds to pay All-Out Bail Bonds the amount due and owing of $2,700.00. Present during the hearing were the Debtors, Steve Shickles, Jr. and Ronda Shickles; Kevin D. Heard, Esq. and Angela S. Ary, Esq., counsel for the Debtors; Kevin Gray, Esq., Andrew Shaver, Esq., and Brian Richardson, Esq., counsel for Creditors; and Richard Blythe, Esq., counsel for the Bankruptcy Administrator.

Based upon the representations of counsel for the Debtors and receiving no objections from any others present, the Court determined that the oral request was reasonable, necessary, and in the best interest of the bankruptcy estate.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the oral Motion to Use DIP Funds is **APPROVED.** The Debtors are hereby authorized to pay All-Out Bail Bonds the amount due and owing of $2,700.00 from the Debtor-in-Possession account.

Dated this the 31st day of January, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Order Prepared By:
Kevin D. Heard
HEARD, ARY & DAURO, LLC
303 Williams Avenue, Suite 921
Huntsville, Alabama 35801
kheard@heardlaw.com