**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steve Shickles, Jr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ronda Shickles** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA | | |
| Case number | 19-80155 | | |

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

---

1.1

**40 Verdant Circle SE**
Street address, if available, or other description

**Huntsville**     **AL**     **35803-0000**
City     State     ZIP Code

**Madison**
County

**What is the property?** Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $628,600.00 | $628,600.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here....................................................=>**

| |
|---|
| $628,600.00 |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Tesla** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **X** | ■ Debtor 1 only | |
| | Year: | **2016** | ☐ Debtor 2 only | |
| | Approximate mileage: | **37000** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Leased** | | ☐ Check if this is community property *(see instructions)* | **$0.00**   **$0.00** |

| 3.2 | Make: | **Mercedes** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **GLS550W4** | ☐ Debtor 1 only | |
| | Year: | **2018** | ☐ Debtor 2 only | |
| | Approximate mileage: | **6850** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Lease** | | ☐ Check if this is community property *(see instructions)* | **$72,000.00**   **$72,000.00** |

| 3.3 | Make: | **BMW** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **M4** | ☐ Debtor 1 only | |
| | Year: | **2018** | ☐ Debtor 2 only | |
| | Approximate mileage: | **1200** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property *(see instructions)* | **$55,000.00**   **$55,000.00** |

| 3.4 | Make: | **BMW** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **230i** | ☐ Debtor 1 only | |
| | Year: | **2018** | ☐ Debtor 2 only | |
| | Approximate mileage: | **5116** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property *(see instructions)* | **$28,000.00**   **$28,000.00** |

| 3.5 | Make: | **Ford** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Transit Cutaway** | ☐ Debtor 1 only | |
| | Year: | **2017** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property *(see instructions)* | **$35,000.00**   **$35,000.00** |

| 3.6 | Make: | **Escape** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Ford** | ☐ Debtor 1 only | |
| | Year: | **2017** | ☐ Debtor 2 only | |
| | Approximate mileage: | **37946** | ■ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | **Current value of the entire property?** / **Current value of the portion you own?** |
| | | | ☐ Check if this is community property (see instructions) | **$10,000.00** / **$10,000.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| 4.1 | Make: | **Tiffin** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Allegro 34 PA** | ☐ Debtor 1 only | |
| | Year: | **2017** | ☐ Debtor 2 only | |
| | | | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Motor Home** | | ☐ Check if this is community property (see instructions) | **$70,000.00** / **$70,000.00** |

| 4.2 | Make: | | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | | ☐ Debtor 1 only | |
| | Year: | | ☐ Debtor 2 only | |
| | | | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Electric Golf Cart** | | ☐ Check if this is community property (see instructions) | **$0.00** / **$0.00** |

| 5 | Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=> | **$270,000.00** |
|---|---|---|

**Part 3:** Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| See Attached | **$61,415.00** |
|---|---|

| China - $1500<br>Crystal - $520<br>Flatware - $50<br>Serving pieces - $250<br>Assorted Art - $750 | **$3,070.00** |
|---|---|

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

■ No

☐ Yes. Describe.....

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes. Describe.....

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

■ Yes. Describe.....

| | |
|---|---|
| Golf Clubs | $0.00 |

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

■ Yes. Describe.....

| | |
|---|---|
| See Attached | $18,100.00 |

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| | |
|---|---|
| Men's clothing and accessories | $500.00 |

| | |
|---|---|
| Women's clothing and accessories | $5,000.00 |

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

| | |
|---|---|
| See Attached | $40,100.00 |

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

■ Yes. Describe.....

| | |
|---|---|
| 2 Dogs | $20.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

■ Yes. Give specific information.....

| | |
|---|---|
| Childrens Toys | $250.00 |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...............................................................................

**$128,455.00**

| Part 4: | Describe Your Financial Assets |
| --- | --- |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.............................................................................................................

   Cash      **$800.00**

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................      Institution name:

| | | Institution name: | |
| --- | --- | --- | --- |
| 17.1. | **Checking** | **North Alabama Bank** | **$147,866.33** |
| 17.2. | **Checking** | **Renansant Bank (Scout's Account)** | **$503.11** |
| 17.3. | **Savings** | **Redstone Federal Credit Union** | **$10.10** |
| 17.4. | **Checking** | **Renasant Bank (House Divided Properties, LLC)** | **$514.82** |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☐ No
   ■ Yes.................      Institution or issuer name:

| Institution or issuer name: | |
| --- | --- |
| **ETrade - Brokerage Account** | **$77.48** |
| **ETrade - Brokerage Account** | **$29.25** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
| --- | --- | --- |
| **Deep Blue Holdings, LLC** | **5.2%** % | **Unknown** |
| **Argo Agency, LLC** | **unknown** % | **Unknown** |
| **House Divided Properties, LLC** | **70%** % | **$14,197.00** |

Case 19-80155-CRJ11    Doc 113    Filed 02/11/19    Entered 02/11/19 19:16:45    Desc
Main Document     Page 5 of 24

| | | | | |
|---|---|---|---|---|
| **Auto Experts, LLC (Not Operating)** | **50%** | % | | **$0.00** |
| **Shickles Media, LLC** | **100%** | % | | **Unknown** |
| **451 Press, LLC** | **unknown** | % | | **Unknown** |
| **Shickles Event Management, LLC** | **100%** | % | | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
   Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
   Type of account:     Institution name:

   **IRA Roth - Fidelity**                                   **$0.00**

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ No
   ■ Yes. ....................
   Institution name or individual:

   **Huntsville Public Utilities**                                 **$748.00**

   **2809 Newby Road $300**
   **40 Verdant Cir. $100**
   **3304 Long Ave. $348**

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............     Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No

☐ **Yes.** Give specific information about them...

| Money or property owed to you? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ☐ No
   ■ Yes. Give specific information..

| | |
|---|---|
| Two weeks unpaid wages from Simple Helix | $7,692.31 |
| Unpaid PTO 206.73 accrued hours | $19,877.88 |
| Promissory Notes owed by Simple Helix | $200,000.00 |
| Money owed by Deep Blue / Simple Helix for value of Ford Expedition trade in applied to purchase of 2018 Expedition. | $40,000.00 |

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| State Farm Term Insurance (Husband term) | | $0.00 |
| State Farm Term Insurance (Wife -term) | | $0.00 |
| State Farm Homeowners Insurance | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No

■ Yes. Describe each claim.........

| | |
|---|---|
| Claims against Josh Brown and Steve Barnes | **Unknown** |

---

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

■ Yes. Describe each claim.........

| | |
|---|---|
| Lawsuit claims against Simple Helix, LLC, Deep Blue Holdings, LLC, Alpha Hosting, LLC, The Westmoreland Company, Inc., Karl Leo, and Jada Leo and those in concert therewith for among other claims fraud, deciet, misrepresentation, suppression, breach of contract, corporate oppression. | **$15,000,000.00** |

---

35. **Any financial assets you did not already list**

■ No

☐ Yes. Give specific information..

---

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................................................................

| |
|---|
| **$15,432,316.28** |

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

■ No

☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

■ Yes. Describe.....

| | |
|---|---|
| Shickles Media office furniture -- see attached listing for items and amounts<br>Addtionally see Answer to Question 19. | **$0.00** |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

■ No

☐ Yes. Describe.....

41. **Inventory**

■ No

☐ Yes. Describe.....

---

**42.  Interests in partnerships or joint ventures**

■ No
☐ Yes.  Give specific information about them...................

             Name of entity:                        % of ownership:

**43.  Customer lists, mailing lists, or other compilations**

■ No.

☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ■ No
      ☐ Yes.  Describe.....

**44.  Any business-related property you did not already list**

☐ No
■ Yes. Give specific information.........

|  |  |
|---|---|
| **Assets Owned by Shickles Media, LLC Located at 116 Newby Road**<br>**See Attached** | **$22,273.00** |

**45.**  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.............................................................................................................  **$22,273.00**

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.<br>If you own or have an interest in farmland, list it in Part 1. |
|---|---|

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.
☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53.  Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No
■ Yes. Give specific information.........

|  |  |
|---|---|
| **Assets Located at Warehouse: 3304 Long Avenue**<br>**See Attached** | **$46,945.00** |
| **Assets Located at Storage Unit**<br>**See Attached** | **$2,470.00** |
| **Disney Vacation Club Membership** | **Unknown** |

**54.**  Add the dollar value of all of your entries from Part 7. Write that number here  ...................................  **$49,415.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .................................................................................................... | | **$628,600.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$270,000.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$128,455.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$15,432,316.28** | |
| 59. | **Part 5: Total business-related property, line 45** | **$22,273.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$49,415.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$15,902,459.28** | Copy personal property total   **$15,902,459.28** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$16,531,059.28** |

**In re: Steve Shickles, Jr. and Ronda Shickles**
**Case No. 19-80155-CRJ**
**Schedule A/B: Household Goods & Furnishings**

| Keeping Room | |
|---|---|
| Couch | 500 |
| Chair | 200 |
| Sofa Table | 200 |
| Small Cabinet | 200 |
| Small End Table | 100 |
| Medium End Table | 150 |
| Lamp | 20 |
| Lamp | 20 |
| 65" LG TV | 600 |
| Recliner | 250 |
| Area Rug | 200 |
| Alexa Show | 25 |
| Kitchen | |
| Dining Table w/ 4 Chairs | 750 |
| Bar Chairs | 400 |
| Keurig Coffee Maker | 20 |
| Breville Barista Express | 100 |
| GE Refrigerator | 300 |
| GE Mini Refrigerator | 75 |
| GE Microwave | 50 |
| GE Dishwasher | 150 |
| GE Stovetop | 300 |
| GE Dual Oven | 800 |
| Breville Toaster Oven | 50 |
| Alexa Show | 25 |
| Wood Bar Cart | 40 |
| Dining Room | |
| China Cabinet | 1,000 |
| Dining Table w/ 8 Chairs | 1,000 |
| Console Table | 300 |
| Lamp | 20 |
| Glass Bar Cart | 40 |
| Study | |
| Pink Desk Chair | 40 |
| Desk | 300 |
| Bookcase | 600 |
| HP Laser Printer | 200 |
| Silhouette Cameo | 50 |
| Master Bedroom | |
| 55" Samsung TV | 400 |

1

| | |
|---|---|
| Apple TV | 25 |
| Dresser | 500 |
| Chest of Drawers | 400 |
| Night Stand | 250 |
| Night Stand | 250 |
| Chair & Ottoman | 300 |
| King Bed | 500 |
| Lamp | 20 |
| Lamp | 20 |
| Alexa Echo | 15 |
| Google Home | 15 |
| Sonos Play Bar | 125 |
| Sonos Sub | 100 |
| Area Rug | 200 |
| Jewelry Cabinet | 75 |
| Closet | |
| Eleven (11) Sonos Amps | 550 |
| Dennon Stereo | 250 |
| Wink Hub | 25 |
| 16 Port Edge Switch | 50 |
| Unifi Edge Router | 50 |
| Unifi Security Gateway | 50 |
| 48 Port Edge Switch | 125 |
| Great Room | |
| Couch | 800 |
| End Table | 250 |
| Swivel Chair | 300 |
| Swivel Chair | 300 |
| Coffee Table | 150 |
| Small End Table | 100 |
| Sofa Table | 250 |
| China Cabinet | 600 |
| Media Room | |
| 55" Samsung TV | 300 |
| Yamaha Stereo | 150 |
| 3:1 Definitive Speakers | 200 |
| Sony Playstation Pro | 125 |
| Microsoft Xbox One X | 125 |
| Misc Star Wars Figures | 225 |
| Darth Vader Helmet | 250 |
| Life Size Storm Trooper | 200 |
| HP Omen Desktop Computer | 500 |
| Asus Monitor | 175 |
| Nextdesk Computer Desk | 325 |

2

| | |
|---|---|
| Leather Couch | 500 |
| Coffee Table | 150 |
| End Table | 100 |
| Area Rug | 325 |
| Eighty-Four (84) Board Games | 1,260 |
| Signed Chewbacca Mini Figure | 250 |
| Signed Boba Fett Mini Figure | 250 |
| Three (3) Wolf Design Watch Winders | 150 |
| Star Wars X-Wing Pilot Helmet | 200 |
| Fifteen (15) Signed Star Wars Pictures | 1,500 |
| Signed Mike Tyson Boxing Gloves | 200 |
| Sonos Amp | 25 |
| Desk Chair | 250 |
| Sennheiser HD800 Headphones | 250 |
| Office | |
| Two (2) Filing Cabinets | 500 |
| Two (2) Bookcases | 300 |
| Desk | 350 |
| QNAP NAS | 150 |
| iMac Pro Computer | 2,000 |
| Two (2) Sonos Play:1 Speakers | 250 |
| Sonos Sub | 150 |
| Google Home | 25 |
| Epson Inkjet Printer | 50 |
| APC UPS | 15 |
| Apple MacBook Pro | 750 |
| Microsoft Surface Pro 4 | 250 |
| Bedroom 1 | |
| Two (2) Bookcases | 300 |
| Dresser | 200 |
| Full Size Bed | 200 |
| Night Stand | 100 |
| Small Desk | 50 |
| Apple MacBook Pro | 400 |
| Apple iPad 10" | 250 |
| Tall Dresser | 150 |
| Small Desk Chair | 25 |
| Bedroom 2 | |
| Full Size Bed | 250 |
| Dresser | 150 |
| Tall Dresser | 150 |
| Apple MacBook Pro | 500 |
| Lamp | 20 |
| Apple iPad 10" | 250 |

3

| | |
|---|---|
| Night Stand | 50 |
| **Bonus Room** | |
| Tabletop Arcade | 450 |
| 42" Samsung TV | 100 |
| Microsoft Xbox One S | 75 |
| Sole F63 Treadmill | 250 |
| Peloton Bike | 350 |
| Love seat  Sectional | 900 |
| **Garage** | |
| GE Refrigerator | 200 |
| Milwaukee 46" Storage Chest | 150 |
| Glowforge Laser Engraver | 250 |
| Sonos Play 3 | 125 |
| Apple iPad 10" | 250 |
| Carvey Desktop CNC | 125 |
| Fort Knox Fun Safe | 300 |
| Barnett Crossbow | 175 |
| Life Fitness Elliptical | 150 |
| Concept 2 Rower | 150 |
| Three (3) Swivel Chairs | 450 |
| Callaway Golf Clubs | 450 |
| Two (2) DJI Inspire 2 Drones | 1,500 |
| Two (2) DJI Mavic Air Drones | 300 |
| DJI Goggles | 175 |
| Segway (Ninebot) Mini | 100 |
| 11" Heat Press | 250 |
| Sawgrass Inkjet Printer | 150 |
| Lulzbot Taz 3D Printer | 100 |
| Ten (10) Pelican Travel Cases | 1,000 |
| Misc Hand Tools | 1,000 |
| Misc Power Tools | 2,000 |
| **Detached Garage** | |
| Epilog Laser 75 Watt | 1,500 |
| MakerBot Replicator Z18 | 250 |
| Canon Inkjet Printer | 125 |
| Two (2) LG Computer Monitors | 500 |
| Apple MacBook Pro (2016) | 450 |
| 55" Sony TV | 250 |
| Nikon D5 DSLR Camera | 1,500 |
| Canon EOS 1DX DSLR Camera | 1,750 |
| FujiFilm X-T2 Mirrorless Camera | 500 |
| Panasonic Lumix GH5 Mirrorless Camera | 350 |
| Sony A7RII Mirrorless Camera | 400 |
| Apple Home pod | 200 |

4

| | |
|---|---|
| Seneca NVR (Security Cameras) | 150 |
| Two (2) HP DL380 Gen10 Servers | 1,000 |
| QNAP SMB NAS | 275 |
| Sony 4K Handycam | 200 |
| Apple Mac Pro (2013) | 100 |
| Alexa Show | 25 |
| Yamaha Stereo | 75 |
| Sonos Connect Amp | 25 |
| Canon Lenses - 10-18mm, 85mm, 24-105mm, 11-24mm, 14mm, 85mm, 135mm, 8-15mm, 24mm, 16-35mm, 70-200mm | 2,750 |
| Sony Lenses - 100mm, 16-35mm, 24-70mm, 90mm, 85mm, 70-200mm, 100-400mm | 1,750 |
| Olympus Lenses - 40-150mm, 35-100mm, 56mm, 18-135mm | 1,000 |
| Lumix Lenses - 12-35mm, 42mm, 14-140mm | 750 |
| Nikon Lenses - 35mm, 85mm, 70-200mm, 24-70mm, 135mm, 85mm, 24mm, 14-24mm | 2,000 |
| Office Chair | 125 |

5

**In re: Steve Shickles, Jr. and Ronda Shickles**
**Case No. 19-80155-CRJ**
**Schedule A/B: Firearms**

| | |
|---|---|
| Gunwerks .375 Cheytac Rifle | 3,500 |
| TMR 6.5 Creedmoor Rifle | 2,000 |
| Accurate Ordnance 6.5 Creedmoor Rifle | 2,000 |
| Stiller .308 Win Rifle | 1,300 |
| Barrett 50 Cal Rifle | 3,800 |
| Springfield .40mm Handgun | 250 |
| HK Mark 23 .45mm Handgun | 1,000 |
| Mossberg 930 Shotgun | 400 |
| Kriss Vector .45mm Rifle | 900 |
| Springfield .9mm Handgun | 250 |
| HK USP Tactical .45mm Handgun | 700 |
| FNH FNP-45 .45mm Handgun | 450 |
| Colt Defense AR-15 Rifle | 800 |
| FNH FNP-9 .9mm Handgun | 350 |
| Glock 9mm Handgun | 400 |

1

**In re: Steve Shickles, Jr. and Ronda Shickles**
**Case No. 19-80155-CRJ**
**Schedule A/B: Jewelry**

| | |
|---|---|
| IWC Watch | 800 |
| Bremont Endurance Watch | 1,500 |
| Raymond Weil Watch | 800 |
| Tag Heuer Watch | 4,750 |
| Apple Series 4 Watch | 300 |
| Diamond Engagement Ring | 3,600 |
| Two Tone Diamond Ring | 2,000 |
| Black Diamond Cocktail Ring | 2,000 |
| White Gold Wedding Band | 40 |
| White Gold Wedding Band | 50 |
| Citrine Ring | 200 |
| Tanzanite Ring | 2,400 |
| White & Blue Diamond Band | 160 |
| Single Sapphire Ring | 200 |
| Multi Sapphire Ring | 300 |
| Blue Topaz Ring | 100 |
| Diamond Ring | 50 |
| Sapphire Ring Jacket | 40 |
| Chocolate Diamond Ring | 250 |
| Aquamarine Ring | 60 |
| Gold & Diamond Band | 100 |
| Moissanite Solitaire Ring | 100 |
| Gold & Diamond Crossover Ring | 50 |
| High School Class Ring | - |
| Sorority Ring | - |
| Gold Multi-Diamond Ring | 150 |
| Gold Four-Stone Ring | 50 |
| Cameo Ring | 20 |
| Small Gold Hoop Earrings | 20 |
| Silver Monogram Ring | 10 |
| Multi-Stone Diamond Earrings | 200 |
| Multi-Stone Diamond Necklace | 100 |
| Blue Diamond Earrings | 100 |
| Multi-Stone Diamond Earcuffs | 200 |
| Solitaire Diamond Necklace | 300 |
| Blue Topaz & Diamond David Yurman Bracelet | 200 |
| Blue Topaz David Yurman Bracelet | 180 |
| David Yurman X Bracelet | 150 |

1

| | |
|---|---|
| Phillip Gavriel Bracelet | 40 |
| John Hardy Two Tone Bracelet | 300 |
| Lagos Two Tone w/ Spheres Bracelet | 275 |
| Lagos Black Caviar Bracelet | 200 |
| Lagos White Caviar Bracelet | 200 |
| John Hardy Gold Bracelet | 850 |
| Phillip Gavriel Bracelet w/ X Detail | 50 |
| Phillip Gavriel Bracelet w/ Black Sapphire | 200 |
| Two Tone Gold Link Bracelet | 225 |
| Tiffany Key Necklace | 150 |
| Tiffany Key Necklace (Petite w/ Diamond) | 400 |
| John Hardy Classic Bracelet | 150 |
| Tiffany Silver Heart Necklace | 75 |
| White Gold Diamond Hoop Earrings | 200 |
| White Gold Diamond Double Earrings | 140 |
| X&O Tennis Bracelet | 240 |
| Diamond Bangle Bracelet | 800 |
| David Yurman Pendant w/ Chain | 300 |
| 22" Pearl Necklace | 2,000 |
| Pearl Bracelet w/ Rondelle | 1,000 |
| Pearl Earrings w/ Diamond | 1,000 |
| 18" Pearl Necklace | 200 |
| Pendant w/ Diamond Necklace | 800 |
| Blue Diamond Pendant | 275 |
| Ladies Tag Hauer Watch | 700 |
| Ladies Rolex Watch | 3,000 |
| Gold Lever Back w/ Diamond Earrings | 300 |
| Diamond Circle Necklace | 100 |
| Fan Diamond Necklace | 200 |
| Tanzanite Necklace | 800 |
| Citrine Necklace | 400 |
| Blue Topaz Necklace | 100 |
| Bezel Set Solitair Necklace | 200 |
| Diamond "Ribbon" Necklace | 2,000 |
| Assorted Costume Jewelry | 700 |

**In re: Steve Shickles, Jr. and Ronda Shickles**
**Case No. 19-80155-CRJ**
**Schedule A/B: Assets Owned by Shickles Media, LLC**
**Located at 116 Newby Road**

| | |
|---|---|
| Front Area | |
| Couch | 250.00 |
| 2 Chairs | 200.00 |
| Pictures | 10.00 |
| 2 Monitors | 300.00 |
| Star Wars Helmet | 150.00 |
| Table Track For Cameras | 150.00 |
| Brass Fixtures | 50.00 |
| TV Screen | 100.00 |
| Room 1 | |
| Arcade Machine | 500.00 |
| Speaker | 50.00 |
| Lights | 400.00 |
| Projector Screen | 75.00 |
| Room 2 | |
| Wash Towels | 0.00 |
| Tools | 25.00 |
| Nuts & Bolts | 100.00 |
| Room 3 | |
| 5 Year Old 3D Printing Machine & Accessories | 750.00 |
| Room 4 | |
| 3 Star Wars Stormtrooper Helmets | 450.00 |
| Lights And Light Stands | 250.00 |
| Dolly | 150.00 |
| Room 5 | |
| Computer With Monitor | 500.00 |
| 1 HP Computers | 300.00 |
| Hard Drive | 50.00 |
| Tape Drive | 0.00 |
| Room 6 | |
| Tripod Bags | 25.00 |
| 18 Tripods | 1800.00 |
| 3 Car Tripods | 300.00 |
| Pocket Jib | 175.00 |
| Futaba Remote Control | 25.00 |
| Bag Of Extension Bars | 100.00 |
| 9 Tripod Heads | 900.00 |
| 2 Plastic Cases | 25.00 |
| 4 Sandbags | 40.00 |

1

| | |
|---|---|
| 12 GoPro Hero 4 Cameras | 600.00 |
| 5" HDMI Monitor | 150.00 |
| Wireless Adapter | 75.00 |
| Canon Camera Xcite | 250.00 |
| 4 SmallHD 5in. Monitors | 320.00 |
| Additional Track Bars With Wheels | 350.00 |
| 2 Lights With Stands | 50.00 |
| 2 Tripods | 200.00 |
| Triangle Track Mount | 105.00 |
| Apple Box | 100.00 |
| 2 Lapel Microphones | 75.00 |
| Camera Mount | 35.00 |
| 2 GoPro Camera Mounts | 10.00 |
| Benz GoPro 360 Mount | 35.00 |
| 2 Microphone Recorders | 200.00 |
| Receiver-Transmitter | 35.00 |
| Power Cords | 0.00 |
| Cables | 0.00 |
| Microphone | 85.00 |
| Matte Box For Camera | 125.00 |
| Track Bars | 300.00 |
| Audio Recorder | 200.00 |
| Camera Bags | 250.00 |
| Ditto Track | 275.00 |
| Foam Camera Housing | 15.00 |
| Brackets | 15.00 |
| Pan And Tilt Head Cam For Camera | 100.00 |
| Camera Brackets And Housing | 8.00 |
| 4 Mevo Cameras | 400.00 |
| BCT Mounting Plate | 25.00 |
| Camera Monitor Mount | 32.50 |
| Bar Stand | 5.00 |
| Adapter | 2.50 |
| Remote Control For Car | 25.00 |
| Dittogear Track | 35.00 |
| Hardwire Remote | 50.00 |
| Remote Control For Car Homemade | 0.00 |
| 14 Light Batteries | 350.00 |
| 12 Car Batteries | 120.00 |
| Futaba Remote | 15.00 |
| Box Bars | 100.00 |
| 3 Camera Cases Large Empty | 150.00 |
| 4 Light Manfrotto | 200.00 |
| 2 Ice Lights | 50.00 |

2

| | |
|---|---|
| 3 Metal Travel Clear Cases | 120.00 |
| 4 Lights Plus Stands | 175.00 |
| Oetiker Own Track Widths Power Supply | 35.00 |
| Kessler Head For Camera | 50.00 |
| Bin Of Battery Charges Etc | 75.00 |
| Empty Cases | 0.00 |
| Drone Kit Unassembled | 200.00 |
| 15 Empty Camera Bags | 375.00 |
| Echo Power Supply | 20.00 |
| Canon Camera | 180.00 |
| Memory Card Reader | 10.00 |
| Light Strip | 5.00 |
| Miscellaneous Camera Items | 50.00 |
| Power Cords | 2.50 |
| Remote For Drone Handheld | 50.00 |
| Tripod Lens Adapters | 22.50 |
| 2 Focus Lenses | 120.00 |
| Atoms Monitor | 240.00 |
| 2 Leg Clamps | 30.00 |
| Mat Board | 15.00 |
| 1 Sony HD Camera | 120.00 |
| Panasonic HC X1000 Camera | 800.00 |
| Camera Bags | 250.00 |
| Batteries | 70.00 |
| Battery Chargers | 25.00 |
| 2 Small HD Monitors | 200.00 |
| Boom Pole | 75.00 |
| Room 7 | |
| Home Made Simulator Race Car With Computer | 5000.00 |
| HP Printer | 150.00 |
| Sound Effects Box With CDs | 85.00 |

3

**In re: Steve Shickles, Jr. and Ronda Shickles**
**Case No. 19-80155-CRJ**
**Schedule A/B: Property Located at Warehouse: 3304 Long Avenue**

| | |
|---|---|
| 4 Segways | 16,000.00 |
| Kerosene Heater | 300.00 |
| Canon EOS 80d | 700.00 |
| 2 Sonic Tool Chests | 8,000.00 |
| Large Box Fan | 100.00 |
| 5561 Hydraulic Lift | 4,000.00 |
| Miscellaneous Office Chairs | 800.00 |
| 3 Flood Lights | 250.00 |
| Tool Cart | 50.00 |
| CNC Machine With Accessories | 8,500.00 |
| Ping Pong Table | 250.00 |
| Fuse Ball Table | 0.00 |
| Work Table | 250.00 |
| 3 Generators | 1,800.00 |
| Battery Charger | 25.00 |
| Miscellaneous Tires Consisting of Two Sets | 100.00 |
| 5 Helmets | 0.00 |
| 1 Golf Net | 75.00 |
| Whiteboard | 15.00 |
| Table | 0.00 |
| Tarp | 0.00 |
| 5 Blowers | 250.00 |
| Miscellaneous Foam Ramps | 1,500.00 |
| Cage Reinforcement | 500.00 |
| Grill | 150.00 |
| Weed Eater | 250.00 |
| Tarp Canopy | 150.00 |
| Keurig | 50.00 |
| Set Of Support Bars For Vehicle | 50.00 |
| Table Top 40 X 45 | 150.00 |
| Dremel tool | 50.00 |
| Metal Bar Reinforcement Head | 250.00 |
| 4 Yeti Coolers | 1,000.00 |
| 4 Plastic Storage Bins | 25.00 |
| Chainsaw | 300.00 |
| Miscellaneous Cords | 15.00 |
| 4 Monkey Bar Storage Units | 100.00 |
| Snorkel for Jeep Wrangler | 150.00 |
| 4 Jeep Auto Accessories | 200.00 |
| Power Strips | 10.00 |

1

| | |
|---|---|
| Magnetic Whiteboard | 15.00 |
| 30 Amp Power Strip | 25.00 |
| 2 Drum Fans | 200.00 |
| 2 Leaf Blowers | 150.00 |
| 4 Gas Cans | 40.00 |
| Yard Tools | 150.00 |

**In re: Steve Shickles, Jr. and Ronda Shickles**
**Case No. 19-80155-CRJ**
**Schedule A/B: Storage Unit**

| | |
|---|---|
| 2 High Back Chairs | 400.00 |
| Raft Covers | 0.00 |
| 7 Trash Bins | 70.00 |
| 2 - 10 Ft Tables | 100.00 |
| Blower | 25.00 |
| 5 Boxes of LEGOS | 250.00 |
| Solar Battery With Panels | 150.00 |
| 5 Air Tanks For Scuba Gear | 0.00 |
| Mailbox | 25.00 |
| Board | 10.00 |
| Canopy | 25.00 |
| Box of Book Bags | 50.00 |
| 2 Kneeboards | 50.00 |
| Sprinkler System Materials | 20.00 |
| Storage Containers | 100.00 |
| Air Take System | 75.00 |
| Light Components | 15.00 |
| Air Blower Plus Tubing | 50.00 |
| 1 Set Of Golf Clubs | 250.00 |
| Bounce Screen | 15.00 |
| Framing Jig Table | 100.00 |
| Table Saw | 150.00 |
| Miter Saw | 150.00 |
| Drum Fan | 50.00 |
| 4 Trash Cans | 40.00 |
| Fertilizer | 0.00 |
| 4 Water Barrels | 80.00 |
| Roller Bag | 20.00 |
| Pressure Washer | 75.00 |
| 2 Small Box Fans | 30.00 |
| Carpet Pads | 15.00 |
| Roller Case | 5.00 |
| Extending Ladder | 75.00 |

1