IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEVE SHICKLES, JR. | ) | CASE NO. 19-80155-CRJ11 |
| SSN: xxx-xx-4301 | ) | CHAPTER 11 |
| | ) | |
| RONDA SHICKLES | ) | |
| SSN: xxx-xx-0467 | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

### EMERGENCY MOTION TO TAKE 2004 EXAMINATION

COMES NOW Stuart M. Maples as Court Appointed Examiner ("Examiner"), and party in interest in the above-styled matter, and moves this Honorable Court, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, to direct Steve Shickles, Jr. and Ronda Shickles ("Debtors") to submit to an inspection of their home located at 40 Verdent Circle SE, Huntsville, Madison County, Alabama (the "Property"). In support of this Motion, the Examiner respectfully shows unto this Court as follows:

1. On January 17, 2019, Debtors filed a Chapter 11 Voluntary Petition ("Petition Date").

2. On February 6, 2019, this Court entered an Order directing the appointment of an examiner and directing examiner to prepare and file a report to the Court regarding its findings within sixty (60) days [Doc 107].

3. The Examiner believes an examination of the Debtors, pursuant to Rule 2004, will better serve the Examiner in his preparation of the Court Order Report.

4. The Examiner requests an inspection of assets contained in the Property upon the following conditions:

(a) The Examiner and his paralegal will conduct the inspection in the company of the Debtors and their counsel but without sworn testimony from the Debtors at that time;

(b) The Examiner will require access to all spaces in the house;

(c) The Examiner will need to take some generic pictures for identification purposes only, with a view minimizing any invasion of privacy;

(d) The Examiner will expect to inspect, at a minimum, all items identified in the Amended Certified Report to the Court and/or the Schedules, other than items that are in locations now secured from the Debtors access;

(e) The Examiner expects that the Debtors will not remove any items from the Property (or any other location) other than normal living transactions, and if Debtors have moved any personal property post-petition that the items be returned before the inspection.

(f) The inspection shall be conducted on Wednesday, February 20, 2019 at 11:30 a.m. until completed.

WHEREFORE, the Examiner prays that this Honorable Court order the Debtors to appear on Wednesday, February 20, 2019 at 11:30 a.m. to be examined, pursuant to Bankruptcy Rule 2004; and to grant such other and further relief as this Court deems just and proper.

/s/ Stuart M. Maples
STUART M. MAPLES

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
(256) 489-9779 – Telephone
(256) 489-9720 – Facsimile
smaples@mapleslawfirmpc.com

**CERTIFICATE OF SERVICE**

       I do hereby certify that on February 15, 2019, a copy of the foregoing document was served on the following by Electronic Case Filing a copy of the same.

Richard Blythe, Esq.
Office of the Bankruptcy Administrator
P.O. Box 3045
Decatur, AL 35602

Kevin D. Heard
Angela S. Ary
HEARD, ARY & DAURO, LLC
303 Williams Avenue, Suite 921
Huntsville, AL 35801
*Attorneys to Debtors*

All parties requesting notice via CM/ECF

                                                  /s/ *Stuart M. Maples*
                                                  STUART M. MAPLES