UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: | |
| STEVE SHICKLES, JR. | CASE NO. 19-80155-CRJ-11 |
| SSN: XXX-XX-4301 | |
| RONDA SHICKLES | CHAPTER 11 |
| SSN: XXX-XX-0467 | |
| Debtors. | |

**ORDER DENYING MOTION FOR PROTECTIVE ORDER**

On February 21, 2019, this case came before the Court on Motion for Protective Order filed by the Debtors, seeking an Order defining the scope, methods and procedures for conducting an inspection of their home by the Examiner appointed in this case pursuant to 11 U.S.C. § 1104. Appearing at the hearing were Stuart Maples, Esq., Examiner; Kevin Heard, Esq. and Angela Ary, Esq., counsel for Debtors; Kevin Gray, Esq., counsel for the Simple Helix parties; and Richard Blythe, Esq., counsel for the Bankruptcy Administrator.

The grounds for relief set forth in the Motion for Protective Order are not appropriate as the Examiner is not an adverse party in this case and the investigation is not part of discovery.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion for Protective Order is **DENIED**.

Dated this the 21st day of February, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge