IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | **)** | |
| | **)** | |
| STEVE SHICKLES, JR. | **)** | CASE NO. 19-80155-CRJ-11 |
| SSN: XXX-XX-4301 | **)** | CHAPTER 11 |
| | **)** | |
| RONDA SHICKLES | **)** | |
| SSN: XXX-XX-0467 | **)** | |
| | **)** | |
| Debtors. | **)** | |

## ORDER APPROVING EXAMINER'S EMERGENCY MOTION
## TO TAKE 2004 EXAMINATION OF DEBTORS

This matter came before the Court on February 20, 2019 upon the Emergency Motion to Take the 2004 Examination of Debtors filed by Stuart M. Maples, Court Appointed Examiner (the "Motion")[Doc 132]. Present at the hearing were Stuart M. Maples, Court Appointed Examiner, Kevin Heard as counsel for Debtors and Richard Blythe as counsel for the Bankruptcy Administrator. The Court considered the Motion and it is therefore

**ORDERED, ADJUDGED AND DECREED** that the Motion is **APPROVED** and Steve Shickles, Jr. and Ronda Shickles ("Debtors") are to submit to an inspection of their home located at 40 Verdent Circle SE, Huntsville, Madison County, Alabama (the "Property") by the Court Appointed Examiner.

(a) The Examiner and his paralegal shall conduct the inspection in the company of the Debtors and their counsel but without sworn testimony from the Debtors at that time;

(b) The Examiner and his paralegal shall be granted access to all spaces in the house as requested;

(c) The Examiner or his paralegal may take identification photographs in his discretion, with a view minimizing any invasion of privacy;

(d) The Examiner and his paralegal shall be permitted to inspect, at a minimum, all items identified in the Amended Certified Report to the Court and/or the Schedules, other than items that are in locations now secured from the Debtors access;

(e) The Debtors shall not remove any items from the Property (or any other location) other than normal living transactions, and if Debtors have moved any personal property post-petition that the items must be returned before the inspection.

Said examination shall be at a time convenient for all parties and conducted without the children on the Property.

Dated this the 22nd day of February, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Order prepared by:
/s/ Stuart M. Maples
STUART M. MAPLES, ESQ.