IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| STEVE SHICKLES, JR. | ) | CASE NO. 19-80155-CRJ11 |
| SSN: XXX-XX-4301 | ) | |
| | ) | CHAPTER 11 |
| RONDA SHICKLES | ) | |
| SSN: XXX-XX-0467 | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## REPORT TO COURT

COMES NOW, Steve Shickles, Jr. and Ronda Shickles as Debtors and Debtors in Possession (collectively the, "Debtors"), by and through their undersigned attorneys, and hereby file this Report to Court pursuant to the Court's Order Approving Motion for Authority to Pay Storage Fees and Requiring Report to Court [Doc No. 175] dated March 25, 2019 and state as follows:

1. On June 4, 2019, the Debtors sold the 2018 BMW M4 to Auto Collection of Murfreesboro for the sum of $59,000.00 resulting in net proceeds paid to the estate in the amount of $34,079.64.

Respectfully submitted this 14th day of June, 2019.

/s/ Kevin D. Heard
Kevin D. Heard

/s/ Angela S. Ary
Angela S. Ary

Attorneys for Debtors
HEARD, ARY & DAURO, LLC
303 Williams Avenue, Suite 921
Huntsville, Alabama 35801
256-535-0817
kheard@heardlaw.com
aary@heardlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2019, I served a copy of the foregoing on the parties listed below and on the attached matrix by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice, via the CM/ECF System, will be electronically mailed to:**

Richard M Blythe Richard_Blythe@alnba.uscourts.gov, courtmaildec@alnba.uscourts.gov

Clyde Ellis Brazeal, III ebrazeal@joneswalker.com

Kevin C Gray kgray@bradley.com, kevingray671@gmail.com;ttatum@bradley.com;mpressley@bradley.com

C Howard Grisham pcornelius@comcast.net

Stuart M Maples smaples@mapleslawfirmpc.com, kwalker@mapleslawfirmpc.com; kpickett@mapleslawfirmpc.com; dmaples@mapleslawfirmpc.com

Leonard N Math noticesnd@chambless-math.com

William C Poole William_poole@bellsouth.net, Debbie_pressley@bellsouth.net

Brian J Richardson brichardson@leo-law.com

Andrew J. Shaver ashaver@bradley.com

Paul Joseph Spina pspina@spinalavelle.com

**Notice, via US Mail, will be sent to:**
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

                                             */s/Kevin D. Heard*
                                             Kevin D. Hear