# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-80155-CRJ11 |
| STEVE SHICKLES, JR. and RONDA ) | |
| SHICKLES, ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## NOTICE OF INTENT TO SERVE SUBPOENAS

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 9016 of the Federal Rules of Bankruptcy Procedure, Simple Helix, LLC, Deep Blue Holdings, LLC, Alpha Hosting, LLC, The Westmoreland Company, Inc., Karl Leo, and Jada Leo, creditors and parties-in-interest in this proceeding, hereby gives notice of their intention to obtain documents pursuant to the Subpoenas attached hereto.

This the 10th day of January, 2020.

    Respectfully submitted,

    /s/ Brian J. Richardson
    Brian J. Richardson
    **LEO Law Firm, LLC**
    200 Randolph Ave.
    Huntsville, AL 35801
    Tel:    (256) 539-6000
    Email: brichardson@leo-law.com

*One of the Attorneys for Movants Simple Helix, LLC, Deep Blue Holdings, LLC, Alpha Hosting, LLC, The Westmoreland Company, Inc., Karl Leo, and Jada Leo*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including without limitation the following:

Kevin D. Heard
HEARD, ARY & DAURO, LLC
303 Williams Avenue SW
Park Plaza Suite 921
Huntsville, AL 35801
*Proposed Counsel to the Debtors*

Richard M. Blythe
Post Office Box 3045
400 Well Street NE, Room 236
Decatur, Alabama 35602
*Bankruptcy Administrator*

/s/ Brian J. Richardson
Of Counsel