UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In the Matter of: }
STEVE SHICKLES, JR. } CASE NO. 19-80155-CRJ-11
SSN: XXX-XX-4301 }
RONDA SHICKLES }
SSN: XXX-XX-0467 }
} CHAPTER 11
Debtors. }

### ORDER: (1) VACATING EVIDENTIARY HEARING; (2) FIXING DEADLINE TO FILE COMPLAINT TO ENJOIN CRIMINAL PROCEEDING; (3) SCHEDULING HEARING ON RENEWED MOTION TO ENFORCE PLAN; AND (4) REQUIRING LIQUIDATING TRUSTEE TO FILE REPORT TO COURT

On December 20, 2019, the Court entered an Order denying Debtor's Motion to Hold Max Swoboda and Equity Trust Company (collectively "Swoboda") in Contempt based upon the Court's finding that Swoboda did not violate the automatic stay by initiating a postpetition criminal action against the Debtor, Steve Shickles, Jr. To determine if grounds exist to enjoin the continued prosecution of the criminal proceeding pending in the District Court of Madison County, Alabama styled *State of Alabama v. Steven Ray Shickles, Jr.*, Case No. DC-2019-005422, the Court entered a separate Order scheduling the issue for Evidentiary Hearing.

On February 26, 2020, this case came before the Court for Pretrial Conference and Motion to Continue Evidentiary Hearing. Appearances were made by Kevin Heard, Esq., counsel for the Debtors; Randy Dill, Esq., counsel for the Madison County District Attorney's Office; S. Dagnal Rowe, Esq., counsel for Swoboda; Stuart Maples, Esq., the Liquidating Trustee; and Brian Richardson, Esq., counsel for Simple Helix, LLC, Deep Blue Holdings, LLC, Alpha Hosting, LLC, The Westmorland Company, Inc., Jada Leo, and Karl Leo, (collectively the "Simple Helix Parties").

During the hearing, counsel for the Madison County District Attorney's Office stated that the criminal action has not proceeded to grand jury but explained that the District Attorney's Office does intend to prosecute the criminal action. Further discussion was had regarding the Renewed Motion to Enforce Plan filed by the Simple Helix Parties pursuant to which they assert that the Debtors have willfully violated the Plan and refused to cooperate with the Simple Helix

Parties. At the conclusion of the hearing, the Liquidating Trustee reported that the Debtors' discharge is not imminent because distributions under the Plan have not been made.

At the conclusion of the hearing, the Court orally continued the Evidentiary Hearing to June 18, 2020, scheduled the Renewed Motion to Enforce Plan for hearing, and directed the Liquidating Trustee to file a Report to Court regarding the implementation of the Plan and the anticipated schedule for making distributions to creditors.

Following the hearing, the Court determined that to provide the Madison County District Attorney's Office with due process, to avoid confusion as to who the parties involved in the Evidentiary Hearing will be, and given the uncertainty regarding the Debtors' ability to perform under the Plan and any discharge under the Bankruptcy Code, the Debtors should file an Adversary Proceeding with a related Motion requesting injunctive relief against the Madison County District Attorney's Office pursuant to Rule 7001 of the Federal Rules of Bankruptcy Procedure. If the Debtors file an Adversary Proceeding with a related Motion to Enjoin the criminal proceeding by the date set forth below, the Court will enter a separate Scheduling Order in the Adversary Proceeding scheduling the Trial to begin on the June 18, 2020 date as discussed in open court.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. If the Debtors intend to proceed with the requested injunctive relief, counsel for the Debtors must file an Adversary Proceeding and a related Motion to Enjoin the criminal proceeding pending in District Court of Madison County, Alabama styled *State of Alabama v. Steven Ray Shickles, Jr.*, Case No. DC-2019-005422, on or before **Friday, March 13, 2020** by **5:00 p.m., CDT.**

2. The deadline for the Madison County District Attorney's Office to file a responsive pleading to the Motion filed in the Adversary Proceeding, if any, is fixed as **Monday, April 13, 2020** by **5:00 p.m., CDT**.

3. The hearing on the separate Renewed Motion to Enforce Plan will be held on **Monday, March 9, 2020** at **2:00 p.m., CDT**, before the Honorable Clifton R. Jessup, Jr., at the Federal Building, 400 Well Street, Decatur, Alabama.

4. The Liquidating Trustee is hereby directed to file a Report to Court on or before **Thursday, March 5, 2020** by 5**:00 p.m., CDT** stating whether the Debtor has complied with the terms of the Plan and the anticipated schedule for making distributions to creditors.

5. The Evidentiary Hearing scheduled on April 22, 2020 is hereby **VACATED**, and the Motion to Continue Evidentiary Hearing is **MOOT**.

Dated this the 27th day of February 2020.

/s/   Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge