IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| STEVE SHICKLES, JR. ) | Case No. 19-80155-CRJ11 |
| SSN: XXX-XX-4301 ) | |
| ) | Chapter 11 |
| RONDA SHICKLES ) | |
| SSN: XXX-XX-0467 ) | |
| ) | |
| Debtors. ) | |
| ) | |

## RESPONSE TO TRUSTEE'S REPORT TO COURT

COME NOW, Debtors Steve Shickles, Jr. and Ronda Shickles (the "Debtors"), by and through their undersigned counsel, and file this Response to Trustee's Report to The Court [Doc. No. 532] and state the following:

One of the primary issues before the Court is whether the Debtors are entitled to a discharge under the confirmed Amended Joint Plan of Reorganization Dated June 19, 2019 (the "Plan"). Section 11.3 of the Plan provides that the Debtors will receive a discharge upon the entry of a certification to be filed with the Court of the "Final Distribution" and the completion of all duties under the Plan. The Final Distribution is defined as the point when the Trustee has resolved all claims and makes a final distribution of cash to holders of Allowed Claims [Sec. 7.6]. Thus, the Trustee's Report to The Court is deficient because the Trustee has not provided any information regarding the funds distributed to Allowed Claims and administrative expenses.

Additionally, while the Trustee points to areas of non-compliance with the Plan, most of those areas have been remedied by the Debtors. For instance, Mr. Shickles paid 25% of his gross income to Simple Helix and the Trustee has acknowledged receiving the tax refund from the State of Alabama. Moreover, the reference to the monies received by the Debtors from Adorama

is not complete. Within the Debtors' schedules filed with this Court, they disclosed the sale of $150,000 of audio visual equipment pre-petition. The $4,000 referenced by the Trustee was a part of those proceeds. This information was recently provided to the Trustee by Debtors' counsel but does not appear in his report.

WHEREFORE PREMISES CONSIDERED, Debtors respectfully request that the Trustee supplement his report as herein requested plus grant them such further relief as is just and propery.

Respectfully submitted this 5th day of March, 2020.

*/s/ Kevin D. Heard*
Kevin D. Heard

*/s/ Angela S. Ary*
Angela S. Ary

Of Counsel:
HEARD, ARY & DAURO, LLC
303 Williams Avenue, Suite 921
Huntsville, AL 35801
(256) 535-0817
kheard@heardlaw.com
aary@heardlaw.com

# CERTIFICATE OF SERVICE

       I hereby certify that on the 5th day of March, 2020, I served a copy of the foregoing on the parties listed below by either depositing the same in the United States Mail, postage prepaid and properly addressed or via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice, via the CM/ECF System, will be electronically mailed to:**

Richard M Blythe Richard_Blythe@alnba.uscourts.gov, courtmaildec@alnba.uscourts.gov

Kevin C Gray on behalf of the Simple Helix Parties kgray@bradley.com

Andrew J. Shaver on behalf of the Simple Helix Parties ashaver@bradley.com

Stuart M Maples on behalf of Liquidating Trustee Stuart M Maples
smaples@mapleslawfirmpc.com

Brian J Richardson on behalf of the Simple Helix Parties brichardson@leo-law.com

**Notice, via US Mail, will be sent to:**

None

                                              */s/ Kevin D. Heard*
                                              Kevin D. Heard