# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-80155-CRJ11 |
| STEVE SHICKLES, JR. and RONDA ) | |
| SHICKLES, ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## MOTION TO HOLD DEBTORS IN CONTEMPT

Simple Helix, LLC ("Simple Helix"), Deep Blue Holdings, LLC ("Deep Blue"), Alpha Hosting, LLC ("Alpha"), The Westmoreland Company, Inc. ("Westmoreland"), Jada Leo, and Karl Leo (collectively, the "Simple Helix Parties"), creditors and parties-in-interest in the above styled bankruptcy case, hereby submit this Motion to Hold Debtors in Contempt of Court for failing to comply with this Court's Amended Order to Show Cause [Doc. 575] . In support of its Motion, the Simple Helix Parties state that Debtors have failed to provide counsel for the Simple Helix Parties monthly statements of all financial accounts. This Courts Amended Order to Show Cause stated:

> 2. The Debtors are further **ORDERED** to provide to the Liquidating Trustee and counsel for the Simple Helix Parties monthly statements of all financial accounts, including, but not limited to the BBVA checking statements and PayPal account reports, until otherwise directed. The monthly statements must be provided to the Liquidating Trustee and to counsel for the Simple Helix Parties by the 15th day of each following month commencing on July 15, 2020.

> 3. If the Debtors fail to comply timely with the terms of this Order, the Debtors shall be held in contempt of Court pursuant to 11 U.S.C. § 105(a) and in default under the terms of the Plan as confirmed. The Debtors will be subject to sanctions as appropriate, including but not limited to monetary damages, attorney fees, and the denial of discharge.

As of the time of filing this Motion on July 16, 2020, counsel for the Simple Helix Parties has not received any statements of financial accounts from Debtors in response to the provisions in the Court's Amended Order to Show Cause.

Wherefore, the Simple Helix Parties respectfully request this Court hold Debtors in contempt of Court pursuant to 11 U.S.C. §105(a) and in default under the terms of the plan and sanction Debtors as the Court deems appropriate.

Respectfully submitted on this, the 16th day of July, 2020.

/s/ Brian J. Richardson
Brian J. Richardson
**LEO LAW FIRM, LLC** 200 Randolph Ave.
Huntsville, AL 35801
Tel: (256) 539-6000
Email: brichardson@leo-law.com
*Attorney for the Simple Helix Parties*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2020, I electronically filed the foregoing with the Clerk of the Court and served the following using the CM/ECF system which will send notification to all parties of record, including the following:

Kevin D. Heard
HEARD, ARY & DAURO, LLC
303 Williams Avenue SW
Park Plaza Suite 921
Huntsville, AL 35801

Richard M. Blythe
Post Office Box 3045
400 Well Street NE, Room 236
Decatur, Alabama 35602

/s/ Brian J. Richardson
Of Counsel